UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALICE FRIEDMAN,

                         Plaintiff,

    -against-                                    5:12-CV-0082 (LEK/DEP)

NEW YORK STATE UNIVERSITY OF
NY AT BINGHAMTON,

                         Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on June 22, 2012 by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b). Dkt. No. 7 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); N.D.N.Y. L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006) (citations omitted).

Here, no objections have been raised in the allotted time with respect to Magistrate Judge Peebles' Report-Recommendation. After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 7) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice** for failure to prosecute; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Decision and Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED:   August 27, 2012
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge